IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

DEC - 7 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| ROBERT EARON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 05-CV-864-MJR |
| | ) |
| O'REILLY AUTO PARTS, | ) |
| WILMAR CORPORATION | ) **JURY TRIAL REQUESTED** |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

COME NOW Defendant Wilmar Corporation by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, remove the instant civil action from the Circuit Court of Madison County, Illinois to this Court. As grounds for removal, Defendants state as follows:

1. Defendant Wilmar Corporation (hereinafter "Wilmar") is a defendant in a civil action now pending in the Circuit Court of Madison County, State of Illinois, Cause No. 05L1098, entitled *Robert Earon v O'Reilly Auto Parts, Wilmar Corporation*.

2. Is filed in Madison County Circuit Court on or about October 15, 2005. Copies of the summons and complaint were served upon Defendant Wilmar Corporation November 10, 2005. (Copies of all pleadings from the State Court file are attached hereto as Exhibit A.) No further proceedings have occurred. This Notice of Removal is filed within thirty days after service and receipt by Wilmar Corporation of the Summons and Complaint, in compliance with

28 U.S.C. §§ 1446(b). Neither O'Reilly Auto Parts nor Wilmar Corporation has made any appearance in the state court action.

3. This Notice of Removal is brought pursuant to 28 U.S.C. §§ 1441 and 1446.

4. The underlying state court action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. § 1441 because the matter in controversy exceeds the sum or value of Seventy-five Thousand Dollars ($75,000), exclusive of interest and costs, and is between citizens of different states.

## DIVERSITY OF CITIZENSHIP

5. Plaintiff is a citizen of the State of Illinois. (Ex. A, Complaint, ¶ 1.)

6. Defendant Wilmar is a corporation incorporated in the State of Washington with its principle place of business in State of Washington. Wilmar is not a citizen of Illinois.

7. Defendant O' Reilly Auto Parts (hereinafter "O'Reilly") is incorrectly named. The correct corporate name is O'Reilly Automotive, Inc., dba O' Reilly Auto Parts. Defendant O' Reilly is incorporated in the State of Missouri and has its principle place of business in the State of Missouri. O' Reilly is not a citizen of Illinois. Plaintiff incorrectly alleges that O' Reilly Auto Parts is an Illinois Corporation.

8. Therefore, there is complete diversity between the plaintiffs and defendants pursuant to 28 U.S.C. § 1332.

## AMOUNT IN CONTROVERSY

9. Plaintiff seeks damages in excess of Seventy-Five Thousand Dollars ($75,000) in this action, exclusive of interest and costs. Plaintiff's attorney has executed an affidavit attached to the compliant filed in state court claiming that the damages suffered by the Plaintiff exceeds the sum of Seventy-Five Thousand Dollars ($75,000). See copy of Plaintiff's complaint attached here to as exhibit A.

10. Because the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs, and because there is complete diversity of citizenship between Plaintiffs and Defendants, this Court has original jurisdiction over the above-styled action pursuant to 28 U.S.C. §1332, and this action may be removed pursuant to 28 U.S.C. § 1441.

## JOINDER OF CO-DEFENDANT

11. Co-Defendant, O'Reilly has consented to this Notice of Removal and joins in the removal of this action. (A copy of co-defendant's Consent is attached hereto as Exhibit "B")

WHEREFORE, Defendants O' Reilly and Wilmar Corporation respectfully remove the above cause of action from the Circuit Court of Madison County, State of Illinois to the United States District Court for the Southern District of Illinois, and submits that no further proceedings be had in the state court, and requests such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____
Roger F Wilson, #06186233
Attorney for Defendant Wilmar Corporation
940 Westport Plaza, Suite 208
St. Louis, Missouri 63146
Telephone: (314) 579-8925
Telecopy: (314) 579-8397

## CERTIFICATE OF SERVICE

I hereby certify that on the _____7th_____ day of December, 2005, a true and correct copy of the foregoing was placed in the United States mail, postage prepaid, addressed to: Thomas Keefe Attorney for Plaintiff, Thomas Q Keefe, Jr., P.C. #6 Executive Woods Court Belleville, Illinois 62266, and Attorney for co-defendant, O'Reilly, D. Keith Henson, 165 N. Meramec Ave., 6th Floor, St. Louis, MO 63105.

_____

NOV-09-2005  14:18      WILMAR CORPORATION                    2063942130       P.002/007

NOV-09-2005  11:33   FROM-RISK MANAGEMENT              4178747102        T-837  P.002/007  F-185

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
(618) 692-6240
WWW.CO.MADISON.IL.US


ROBERT EARON
                    PLAINTIFF                         DATE: 10/26/2005
    vs.
                                                      CASE No. 2005 L  001098
O'REILLY AUTO PARTS
ANY AGENT OR OFFICER
233 SOUTH PATTERSON AVENU
SPRINGFIELD     MO 65802
                    DEFENDANT

DEFENDANT O'REILLY AUTO PARTS:

   You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

   This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

   This summons may not be served later than 30 days after its date.

   Witness: MATT MELUCCI the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this OCTOBER 26, 2005.

                                    MATT MELUCCI
                                    CLERK OF THE CIRCUIT COURT
(SEAL)
                                    BY: *ABentlage*
                                         Deputy Clerk

------------------------------------------------------------------
(Plaintiff's attorney or plaintiff if he is not represented by an attorney)

THOMAS Q. KEEFE
THOMAS Q KEEFE JR PC
6 EXECUTIVE WOODS CT
BELLEVILLE       IL 62226

Date of Service:_____, 20____.
(To be inserted by officer on the copy left with the defendant or other person)


NOV-09-2005  13:38              636 447 0625         11/09/2005 WED 10:30  [TX/RX NO 8769] @002
                                                             96%                    P.002

EXHIBIT "A"