NOV-09-2005  14:18      WILMAR CORPORATION                                2063942130      P.003/007

NOV-09-2005  11:33    FROM-RISK MANAGEMENT                    4178747102        T-937  P.003/007  F-185

OCT 1 2005

FILED

DEC - 7 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

ROBERT EARON,                          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )      No.   05-CV-864-MJR
                                       )            05L1098
O'REILLY AUTO PARTS,                   )
WILMAR CORPORATION,                    )
                                       )
        Defendants.                    )

**COMPLAINT**

**COUNT I**

Comes now the plaintiff, ROBERT EARON, by and through his

attorney, THOMAS Q. KEEFE, JR., P.C., and for Count I of his

Complaint against the defendant, O'REILLY AUTO PARTS, states:

1.    That on or about May 18, 2005, the defendant, O'Reilly

Auto Parts, was an Illinois corporation, authorized and doing

business in the State of Illinois as a seller of auto parts,

including a certain spring compressor, manufactured, designed,

and sold by defendant, Wilmar Corporation, a corporation

authorized to do business in the State of Illinois, as a designer

and manufacturer of spring compressors.

2.    That on or about said date, plaintiff purchased the

spring compressor from O'Reilly Auto Parts.

3.    That on or about May 20, 2005, plaintiff was using the

product in a manner designed to be used, when it failed causing

him injury and damages.

4.    That the defendant, by and through its agents,

servants, and employees, was guilty of one or more of the

11/09/2005 WED 10:30  [TX/RX NO 8769]  003

NOV-09-2005  13:39          636 447 0625              97%              P.003

NOV-09-2005  14:18        WILMAR CORPORATION                    2063942130      P.004/007

NOV-09-2005  11:33    FROM-RISK MANAGEMENT            4178747102        T-937   P.004/007   F-185

following negligent acts or omissions:

> a)   Negligently and carelessly failed to
> inform plaintiff that the product was
> improperly designed in that the threads
> on the screw would not hold during
> foreseeable use of the product.

5.    That as a direct and proximate result of one or more of the foregoing negligent acts or omissions the product failed, the threads stripped, and plaintiff suffered serious, painful and permanent injuries including injuries to his back and hand. Plaintiff has suffered permanent pain, mental anguish, disability and disfigurement, has incurred and become liable for large sums of money in hospital, medical and related expenses, and will become liable for additional sums in the future.  He has lost wages and income, past, present and future, all to his damage in a substantial amount.

WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT II

Comes now the plaintiff, ROBERT EARON, by and through his attorney, THOMAS Q. KEEFE, JR., P.C., and for Count II of his Complaint against the defendant, WILMAR CORPORATION, states:

1.    That on or about May 18, 2005, the defendant, O'Reilly Auto Parts, was an Illinois corporation, authorized and doing business in the State of Illinois as a seller of auto parts, including a certain spring compressor, manufactured, designed, and sold by defendant, Wilmar Corporation, a corporation authorized to do business in the State of Illinois, as a designer

                                                11/09/2005 WED 10:30  [TX/RX NO 8789] ☑004

NOV-09-2005  13:39              636 447 0625            97%                      P.004

and manufacturer of spring compressors.

2.    That on or about said date, plaintiff purchased the spring compressor from O'Reilly Auto Parts.

3.    That at said time and place, and at the time it left the possession and control of the defendant, the spring compressor was in a defective, unreasonably dangerous condition in that:

> a)    The threads on the rod were defectively designed and/or manufactured such that they failed during foreseeable use of the product, causing injury and damage to plaintiff.

4.    That as a direct and proximate result of the defective, unreasonably dangerous condition of the product as aforesaid, the product failed, the threads stripped, and plaintiff suffered serious, painful and permanent injuries including injuries to his back and hand.  Plaintiff has suffered permanent pain, mental anguish, disability and disfigurement, has incurred and become liable for large sums of money in hospital, medical and related expenses, and will become liable for additional sums in the future.  He has lost wages and income, past, present and future, all to his damage in a substantial amount.

WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

THOMAS O. KEEFE, JR.
Ill. Reg. No. 03123418
Attorney for Plaintiff

NOV-09-2005  14:18          WILMAR CORPORATION                                          2063942130      P.006/007

NOV-09-2005  11:34      FROM-RISK MANAGEMENT                        4178747102              T-837   P.006/007   F-185

THOMAS Q. KEEFE, JR., P.C.
ATTORNEY AT LAW
#6 EXECUTIVE WOODS COURT
BELLEVILLE, ILLINOIS   62226
618/236-2221
618/236-2194 (Facsimile)

NOV-09-2005  14:19      WILMAR CORPORATION                              2063942130     P.007/007

NOV-09-2005  11:34    FROM-RISK MANAGEMENT                    4178747102        T-937   P.007/007   F-185

OCT 1  2005

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

ROBERT EARON,          )
                       )
     Plaintiff,        )
                       )
v.                     )     No.  05L1098
                       )
O'REILLY AUTO PARTS,   )
WILMAR CORPORATION,    )
                       )
     Defendants.       )

**A F F I D A V I T**

Thomas Q. Keefe, Jr., being duly sworn upon his oath deposes and states as follows:

1.   That he is the attorney for the plaintiff.

2.   That upon his information and belief the damages suffered by the plaintiff in the instanter Complaint attached hereto exceed the sum of Seventy-Five Thousand Dollars ($75,000.00).

Affiant further sayeth not.

_____
Thomas Q. Keefe, Jr.

Subscribed and sworn to before me this __18th__ day of _October_, 2005.

_____
Notary Public

THOMAS Q. KEEFE, JR., P.C.
#6 Executive Woods Court
Belleville, Illinois  62226
618-236-2221 (Telephone)
618-236-2194 (Facsimile)

11/09/2005 WED 10:30  [TX/RX NO 8759]  @007

NOV-09-2005  13:41        636 447 0625           97%          P.007
                                                      TOTAL P.007