IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT EARON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 05-864-DRH |
| | ) |
| O'REILLY AUTOMOTIVE, INC., d/b/a | ) |
| O'REILLY AUTO PARTS and | ) |
| WILMAR CORPORATION, | ) |
| | ) |
|     Defendants. | ) |

JURISDICTION

Jurisdiction lies pursuant to 28 U.S.C. § 1332 in that plaintiff (Illinois) and defendants (Missouri and Washington) to this cause are citizens of different states and the amount in controversy individually, exceeds $75,000.00, exclusive of interests and costs.

**FIRST AMENDED COMPLAINT**

COUNT I

Comes now the plaintiff, ROBERT EARON, by and through his attorney, **THOMAS Q. KEEFE, JR., P.C.**, and for Count I of his First Amended Complaint against the defendant, O'REILLY AUTOMOTIVE, INC., d/b/a O'REILLY AUTO PARTS, states:

1. That on or about May 18, 2005, the defendant, O'Reilly Automotive, Inc., was a Missouri corporation, doing business in the State of Illinois as a seller of auto parts, including a certain spring compressor, manufactured, designed, and sold by defendant, Wilmar Corporation, a corporation authorized to do business in the State of Illinois, as a designer and manufacturer

of spring compressors.

    2. That on or about said date, plaintiff purchased the spring compressor from <u>O'Reilly Automotive, Inc.</u>

    3. That on or about May 20, 2005, plaintiff was using the product in a manner designed to be used, when it failed causing him injury and damages.

    4. That the defendant, by and through its agents, servants, and employees, was guilty of one or more of the following negligent acts or omissions:

        a)   Negligently and carelessly failed to inform plaintiff that the product was improperly designed in that the threads on the screw would not hold during foreseeable use of the product.

    5. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions the product failed, the threads stripped, and plaintiff suffered serious, painful and permanent injuries including injuries to his back and hand. Plaintiff has suffered permanent pain, mental anguish, disability and disfigurement, has incurred and become liable for large sums of money in hospital, medical and related expenses, and will become liable for additional sums in the future.  He has lost wages and income, past, present and future, all to his damage in a substantial amount.

    WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS

($75,000.00), plus costs.

## COUNT II

Comes now the plaintiff, ROBERT EARON, by and through his attorney, **THOMAS Q. KEEFE, JR., P.C.**, and for Count II of his First Amended Complaint against the defendant, WILMAR CORPORATION, states:

1. That on or about May 18, 2005, the defendant, O'Reilly Automotive, Inc., was a Missouri corporation, doing business in the State of Illinois as a seller of auto parts, including a certain spring compressor, manufactured, designed, and sold by defendant, Wilmar Corporation, a corporation authorized to do business in the State of Illinois, as a designer and manufacturer of spring compressors.

2. That on or about said date, plaintiff purchased the spring compressor from O'Reilly Automotive, Inc.

3. That at said time and place, and at the time it left the possession and control of the defendant, the spring compressor was in a defective, unreasonably dangerous condition in that:

    a) The threads on the rod were defectively designed and/or manufactured such that they failed during foreseeable use of the product, causing injury and damage to plaintiff.

4. That as a direct and proximate result of the defective, unreasonably dangerous condition of the product as aforesaid, the product failed, the threads stripped, and plaintiff suffered

serious, painful and permanent injuries including injuries to his back and hand. Plaintiff has suffered permanent pain, mental anguish, disability and disfigurement, has incurred and become liable for large sums of money in the hospital, medical and related expenses, and will become liable for additional sums in the future. He has lost wages and income, past, present and future, all to his damage in a substantial amount.

WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

### COUNT III

Comes now the plaintiff, ROBERT EARON, by and through his attorney, **THOMAS Q. KEEFE, JR., P.C.**, and for Count III of his First Amended Complaint against the defendant, O'REILLY AUTOMOTIVE INC., d/b/a O'REILLY AUTO PARTS, states:

1. That on or about May 18, 2005, the defendant, O'Reilly Automotive, Inc.,was a Missouri corporation, authorized and doing business in the State of Illinois as a merchant and seller of auto parts, including a certain spring compressor, manufactured, designed, and sold by defendant, Wilmar Corporation, a corporation authorized to do business in the State of Illinois, as a merchant, designer and manufacturer of spring compressors.

2. That on or about said date, plaintiff purchased the spring compressor from O'Reilly Automotive, Inc.

3. That on or about May 20, 2005, plaintiff was using the product in the ordinary purpose for which it was to be used by consumers, when it failed causing him injury and damages.

4. That on or about the dates herein mentioned, the spring compressor sold by O'Reilly Automotive, Inc. was not fit for the ordinary purpose for which such goods were to be used by plaintiff.

5. That the defendant, by and through its agents, servants, and employees, breached the implied warranty of merchantability, pursuant to 810 ILCS 5/2-314, with respect to the spring compressor sold by the defendant under the facts and circumstances of the transaction described herein.

6. That as a direct and proximate result of defendant's breach of implied warranty of merchantability the product failed, the threads stripped, and plaintiff suffered serious, painful and permanent injuries including injuries to his back and hand. Plaintiff has suffered permanent pain, mental anguish, disability and disfigurement, has incurred and become liable for large sums of money in the hospital, medical and related expenses, and will become liable for additional sums in the future. He has lost wages and income, past, present and future, all to his damage in a substantial amount.

WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

COUNT IV

Comes now the plaintiff, ROBERT EARON, by and through his attorney, **THOMAS Q. KEEFE, JR., P.C.**, and for Count IV of his First Amended Complaint against the defendant, O'REILLY AUTOMOTIVE INC., d/b/a O'REILLY AUTO PARTS, states:

1. That on or about May 18, 2005, the defendant, O'Reilly Automotive, Inc.,was a Missouri corporation, authorized and doing business in the State of Illinois as a merchant and seller of auto parts, including a certain spring compressor, manufactured, designed, and sold by defendant, Wilmar Corporation, a corporation authorized to do business in the State of Illinois, as a merchant, designer and manufacturer of spring compressors.

2. That on or about said date, O'Reilly Automotive, Inc. sold the spring compressor to plaintiff with knowledge plaintiff was purchasing the spring compressor for a particular purpose.

3. That on or about said date, defendant knew, or should have known, that plaintiff was relying on defendant's skill or judgment to sell goods fit for plaintiff's purpose.

4. That the defendant, by and through its agents, servants, and employees, breached its implied warranty of fitness for a particular purpose, pursuant to 810 ILCS 5/2-315, by selling goods that were unfit for plaintiff's purpose.

5. That as a direct and proximate result of defendant's breach of implied warranty of fitness for a particular purpose the product failed, the threads stripped, and plaintiff suffered

serious, painful and permanent injuries including injuries to his back and hand. Plaintiff has suffered permanent pain, mental anguish, disability and disfigurement, has incurred and become liable for large sums of money in the hospital, medical and related expenses, and will become liable for additional sums in the future. He has lost wages and income, past, present and future, all to his damage in a substantial amount.

WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

### COUNT V

Comes now the plaintiff, ROBERT EARON, by and through his attorney, **THOMAS Q. KEEFE, JR., P.C.**, and for Count V of his First Amended Complaint against the defendant, WILMAR CORPORATION, states:

1. That on or about May 18, 2005, the defendant, O'Reilly Automotive, Inc.,was a Missouri corporation, authorized and doing business in the State of Illinois as a merchant and seller of auto parts, including a certain spring compressor, manufactured, designed, and sold by defendant, Wilmar Corporation, a corporation authorized to do business in the State of Illinois, as a merchant, designer and manufacturer of spring compressors.

2. That all times herein mentioned, defendant, Wilmar Corporation, impliedly warranted that the spring compressor it manufactured, designed, and sold was of merchantable quality.

3. That on or about May 20, 2005, plaintiff was using the product in the ordinary purpose for which it was to be used by consumers, when it failed causing him injury and damages.

4. That on or about the dates herein mentioned, the spring compressor manufactured, designed and sold by Wilmar Corporation was not fit for the ordinary purpose for which such goods were to be used by plaintiff.

5. That the defendant, by and through its agents, servants, and employees, breached the implied warranty of merchantability, pursuant to 810 ILCS 5/2-314, with respect to the spring compressor sold by the defendant under the facts and circumstances of the transaction described herein.

6. That as a direct and proximate result of defendant's breach of implied warranty of merchantability the product failed, the threads stripped, and plaintiff suffered serious, painful and permanent injuries including injuries to his back and hand. Plaintiff has suffered permanent pain, mental anguish, disability and disfigurement, has incurred and become liable for large sums of money in the hospital, medical and related expenses, and will become liable for additional sums in the future. He has lost wages and income, past, present and future, all to his damage in a substantial amount.

WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

COUNT VI

Comes now the plaintiff, ROBERT EARON, by and through his attorney, **THOMAS Q. KEEFE, JR., P.C.**, and for Count IV of his First Amended Complaint against the defendant, Wilmar Corporation, states:

1. That on or about May 18, 2005, the defendant, O'Reilly Automotive, Inc.,was a Missouri corporation, authorized and doing business in the State of Illinois as a merchant and seller of auto parts, including a certain spring compressor, manufactured, designed, and sold by defendant, Wilmar Corporation, a corporation authorized to do business in the State of Illinois, as a merchant, designer and manufacturer of spring compressors.

2. That prior to and on or about said date, Wilmar Corporation manufactured, designed, and sold the spring compressor knowing the particular purpose for which it would be used by plaintiff.

3. That on or about said date, defendant knew, or should have known, that plaintiff was relying on defendant's skill or judgment to manufacture, design and sell goods fit for plaintiff's purpose.

4. That the defendant, by and through its agents, servants, and employees, breached its implied warranty of fitness for a particular purpose, pursuant to 810 ILCS 5/2-315, by manufacturing, designing and selling goods that were unfit for plaintiff's purpose.

<u>5. That as a direct and proximate result of defendant's breach of implied warranty of fitness for a particular purpose the product failed, the threads stripped, and plaintiff suffered serious, painful and permanent injuries including injuries to his back and hand. Plaintiff has suffered permanent pain, mental anguish, disability and disfigurement, has incurred and become liable for large sums of money in the hospital, medical and related expenses, and will become liable for additional sums in the future. He has lost wages and income, past, present and future, all to his damage in a substantial amount.</u>

<u>WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.</u>

                                       /s/Thomas Q. Keefe, Jr.
                                       THOMAS Q. KEEFE, JR.
                                       Ill. Reg. No. 03123418
                                       Attorney for Plaintiff

**THOMAS Q. KEEFE, JR., P.C.**
**ATTORNEY AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS  62226**
**618/236-2221**
**618/236-2194 (Facsimile)**

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT EARON,                        )
                                     )
     Plaintiff,                      )
                                     )
v.                                   )  No.  05-864-DRH
                                     )
O'REILLY AUTOMOTIVE, INC., d/b/a     )
O'REILLY AUTO PARTS and              )
WILMAR CORPORATION,                  )
                                     )
     Defendants.                     )
```

**CERTIFICATE OF SERVICE**

    I hereby certify that on: October 17, 2006, I electronically filed: **PLAINTIFF'S FIRST AMENDED COMPLAINT** (per Order dated October 13, 2006) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Roger F. Wilson
LAW OFFICES OF ROBERT J. HAYES
Attorney at Law
940 West Port Plaza, Suite 208
St. Louis, Missouri  63146

Mr. D. Keith Henson
PAULE, CAMAZINE & BLUMENTHAL, P.C.
Attorney at Law
165 N. Meramec Avenue, 6th Floor
St. Louis, Missouri  63105

                                                  s/Thomas Q. Keefe, Jr.
                                                  THOMAS Q. KEEFE, JR.
                                                  Ill. Reg. No. 03123418
                                                  Attorney for Plaintiff

**THOMAS Q. KEEFE, JR., P.C.**
**ATTORNEY AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS  62226**
**618/236-2221**
**618/236-2194 (Facsimile)**