```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ILLINOIS
```

| | |
|---|---|
| ROBERT EARON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  No. 05-cv-0864-DRH |
| | ) |
| O'REILLY AUTO PARTS, | ) |
| WILMAR CORPORATION, | ) |
| | ) |
|     Defendants. | ) |

## STIPULATION FOR DISMISSAL

COMES NOW Plaintiff Robert Earon, by and through his attorney Thomas Q. Keefe, Jr. and dismisses his cause of action with prejudice, each party to bear its own costs.

                                        /s/Thomas Q. Keefe, Jr.
                                        THOMAS Q. KEEFE, JR.
                                        Ill. Reg. No. 03123418
                                        Attorney for Plaintiff

**THOMAS Q. KEEFE, JR., P.C.**
**ATTORNEY AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS  62226**
**618/236-2221**
**618/236-2194 (Facsimile)**

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT EARON,                    )
                                 )
     Plaintiff,                  )
                                 )
v.                               )    No. 05-cv-0864-DRH
                                 )
O'REILLY AUTO PARTS,             )
WILMAR CORPORATION,              )
                                 )
     Defendants.                 )
```

**CERTIFICATE OF SERVICE**

I hereby certify that on: APRIL 17, 2008, I electronically filed: <u>STIPULATION FOR DISMISSAL</u> with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Roger F. Wilson
LAW OFFICES OF ROBERT J. HAYES
Attorney at Law
940 West Port Plaza, Suite 208
St. Louis, Missouri   63146

Mr. D. Keith Henson
PAULE, CAMAZINE & BLUMENTHAL, P.C.
Attorney at Law
165 N. Meramec Avenue, 6th Floor
St. Louis, Missouri   63105

                                                 s/Thomas Q. Keefe, Jr.
                                                 THOMAS Q. KEEFE, JR.
                                                 Ill. Reg. No. 03123418
                                                 Attorney for Plaintiff

**THOMAS Q. KEEFE, JR., P.C.**
**ATTORNEY AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS   62226**
**618/236-2221**
**618/236-2194 (Facsimile)**