IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT EARON,**

    **Plaintiff,**

vs.                                       Cause No. 05-CV-864 DRH

**O'REILLY AUTO PARTS, et al.,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.--------------------------------------------------------------------------

                                                    **NORBERT G. JAWORSKI, CLERK**

April 21, 2008                               By:   s/Patricia Brown
                                                             Deputy Clerk

APPROVED: /s/    *David R Herndon*
              **CHIEF JUDGE**
              **U.S. DISTRICT COURT**